Weeden HENDERSON, Appellant, v. UNITED STATES of America.

Glenn BARNARD, Appellant, v. UNITED STATES of America.

Frank P. DIXON, Appellant, v. UNITED STATES of America.

Nos. 11114–11116.

Circuit Court of Appeals, Eighth Circuit.

July 11, 1938.

James Daleo, George H. Charno, and Warren A. Drummond, all of Kansas City, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Randall Wilson and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeals dismissed and causes remanded to District Court with power in its discretion to permit appellants, or any of them, to change their pleas, etc., and to resentence them, on motions of appellants.

---

William HELPLEY, Appellant, v. UNITED STATES of America.

No. 11150.

Circuit Court of Appeals, Eighth Circuit.

July 6, 1938.

Rufus Burrus, of Independence, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this Court, under rule 38.

---

Reba W. HUGHES, Appellant, v. KANSAS CITY, MISSOURI, a Municipal Corporation.

No. 11389.

Circuit Court of Appeals, Eighth Circuit.

Dec. 30, 1938.

Walter A. Raymond, of Kansas City, Mo., for appellant.

J. C. Petherbridge, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, per stipulation of parties.